Revised 05/27/2014

Attachment (1)

# UNITED STATES BANKUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

IN RE:

| EILEEN TALLEY | 2:13-bk-51263-MPP |
|---|---|
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Claimant identified below applies for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which remain due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: American Infosource LP as agent for Midland

PHONE NUMBER: (877) 240-2377  LAST FOUR DIGITS OF SOCIAL SECURITY NO: _____ 1733

MAILING ADDRESS: 2365 Northside Dr., Ste. 300

CITY: San Diego    STATE: CA    ZIP: 92108

Amount of Unclaimed Funds Requested: $ 774.97

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the unclaimed funds currently being held for the benefit of the Claimant.

Date: 7/6/16

_____
Claimant's Signature

_____
Co-claimant's Signature (if any)

State of Michigan
County of Oakland
Subscribed and sworn to before me this 6 day of July, 2016.

_____
Notary Public

My commission expires: 12/27/2020

---

KRISTEN DENSTAEDT
Notary Public - Michigan
Oakland County
My Commission Expires Dec 27, 2020
Acting in the County of OAKLAND

Attachment (2)

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable]:

For all cases in the **Southern or Winchester** divisions (case numbers beginning with 1 or 4):

☐ Office of the United States Attorney
Eastern District of Tennessee
1110 Market Street, Suite 301
Chattanooga, TN 37402

For all cases in the **Northeastern or Northern** divisions (case numbers beginning with 2 or 3):

☑ Office of the United States Attorney
Eastern District of Tennessee
800 Market Street, Suite 211
Knoxville, TN 37902

Date: 7/4/16                                    *Cindy Fith*
                                                Claimant's Signature